MERCANTILE TRUST CO. OF CALIFORNIA, ADMINISTRATOR C. T. A., ESTATE OF JULIUS L. WOLF AND RUTH V. WOLF, SOLE BENEFICIARY, LEGATEE AND DISTRIBUTEE THEREOF, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 23485.  Promulgated September 23, 1930.

*Joseph Leo Hyman, Esq.,* for the petitioners
*John E. Marshall, Esq.,* for the respondent.

OPINION.

MARQUETTE: The question here presented has been fully considered and discussed in *Mary Brent, Executrix*, 6 B. T. A. 143, and *Griffith Henshaw, Executor*, 12 B. T. A. 1441, in which we held that the interest of the surviving wife in community property of the deceased husband and herself, both domiciled in California, is subject to the Federal estate tax imposed by the Revenue Acts of 1918 and 1921. The decision in the *Henshaw* case was affirmed by the United States Circuit Court of Appeals for the 9th Circuit, 31 Fed. (2d) 946, and a petition for a writ of certiorari was denied by the Supreme Court of the United States. See also *Talcott* v. *United States*, 23 Fed. (2d) 897. These cases are decisive of this proceeding and on their authority we affirm the action of the respondent.

*Judgment will be entered for the respondent.*